## Waiver of Service of Summons

TO:  Commissioner Brian Fisher
Department of Correctional Services
NYS Department of Correctional Services, Bldg 2
1220 Washington Avenue
Albany, NY 12226-2050

I acknowledge receipt of your request that I waive service of a summons in the action of **Kevin Carroll v. City of New York et al.**, which is case number **08 CV 5174 (WHM) (AJP)** in the United States District Court for the **Southern District**. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **June 10, 2008**, or within 90 days after that date if the request was sent outside the United States.

Date _____   Signature X _June 16, 2008_

Name: George A. Glassanos, Esq.

Date: _____

Defendant: Brian Fischer

Relationship: Deputy Counsel, Dept. of Correctional Services

Rule 4 of the Federal Rules of Civil summons and complaint. A defendar so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.  service of the ons, fails to do waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or even its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.

Effective A/o 12/1/93 in compliance with Federal Rules of Civil Procedure 4
SDNY Web 4/99