```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC# _____
                                          DATE FILED: 3/12/09
------------------------------------x
KEVIN CARROLL,                      :

              Plaintiff,            :    08 Civ. 5174 (WHP) (AJP)

       -against-                    :    ORDER FOR SETTLEMENT CONFERENCE

DEPARTMENT OF CORRECTIONAL          :
SERVICES, et al.,
                                    :
              Defendants.
                                    :
------------------------------------x
```

**ANDREW J. PECK, United States Magistrate Judge:**

A settlement conference is scheduled for March 30, 2009 at 2:00 p.m. before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Plaintiff's counsel is to arrange for plaintiff, Kevin Carroll, to appear telephonically. Defense counsel attending the conference must have full settlement authority and a representative from DOCS must be present.

On or before March 23, 2009 defense counsel shall, and plaintiff at his option may, provide a confidential settlement memorandum to my chambers. The memorandum shall not be filed with the Clerk of the Court nor provided to the opposing party. The memorandum should explain the factual and legal background of the case as it impacts on settlement negotiations; the status of prior settlement discussions between the parties, if any;

C:\ORD\

and the party's settlement proposal (range). The latter should be the realistic settlement range of that party, not just the party's "opening bid." The settlement range in the settlement memorandum will be kept confidential by me and not disclosed to the opposing party. I strongly suggest that the settlement memorandum not exceed 15 pages (counsel may file a longer memorandum without leave of court if counsel truly believes it is necessary; however, any memorandum in excess of 15 pages must be filed two weeks before the conference).

Also on that same date, counsel shall advise the Court and opposing counsel, by letter, of who the client representative(s) will be (name, position and, if necessary, an explanation of their role). Within two business days, counsel shall bring any concerns as to the client representatives to the Court's attention.

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

DATED:   New York, New York
         March 12, 2009

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Cynthia H. Conti-Cook, Esq.
                              Thomas M. Biesty, Esq.
                              Judge William H. Pauley III

C:\ORD\